| | |
|---|---|
| 1 | ATKINSON, ANDELSON, LOYA, RUUD & ROMO |
| 2 | A Professional Corporation |
| 3 | Anthony P. Niccoli, State Bar No. 219118 |
|   |    ANiccoli@aalrr.com |
| 4 |   12800 Center Court Drive South, Suite 300 |
|   |   Cerritos, California 90703-9364 |
| 5 |   Telephone: (562) 653-3200 |
| 6 |   Fax: (562) 653-3333 |
|   | Attorneys for Use Plaintiff APPLE VALLEY COMMUNICATIONS, INC. |
| 7 | |
|   | SMTD LAW LLP |
| 8 | Ali Salamirad, State Bar No. 209043 |
|   |     as@smtdlaw.com |
| 9 | Jennifer A. Needs, State Bar No. 261153 |
|   |     jneeds@smtdlaw.com |
| 10 | 17901 Von Karman Avenue, Suite 500 |
|   | Irvine, California 92614 |
| 11 | Telephone: (949) 537-3800 |
|   | Fax: (949) 537-3822 (f) |
| 12 | Attorneys for BUDGET ELECTRICAL CONTRACTORS, INC. DBA BEC and |
|   | Cross-Claimant and Cross-Defendant UNITED STATES, FOR THE USE AND |
| 13 | BENEFIT OF BUDGET ELECTRICAL CONTRACTORS, INC., DBA BEC |
| 14 | PECKAR & ABRAMSON, P.C. |
|   | Alex R. Baghdassarian, State Bar No. 145135 |
| 15 |     ABaghdassarian@pecklaw.com |
|   | Nathan A. Cohen, State Bar No. 251530 |
| 16 |     NCohen@pecklaw.com |
|   | 801 South Figueroa Street, Suite 950 |
| 17 | Los Angeles, CA 90017 |
|   | Telephone: (310) 228-1075 |
| 18 | Fax: (310) 228-1076 |
| 19 | Attorneys for TURNER CONSTRUCTION COMPANY, LIBERTY MUTUAL |
|   | INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY |
| 20 | COMPANY OF AMERICA, FIDELITY AND DEPOSIT COMPANY OF |
|   | MARYLAND, ZURICH AMERICAN INSURANCE COMPANY, FEDERAL |
| 21 | INSURANCE COMPANY, THE CONTINENTAL INSURANCE COMPANY, |
| 22 | and XL SPECIALTY INSURANCE COMPANY |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES, FOR THE USE OF APPLE VALLEY COMMUNICATIONS, INC., | Case No: 5:19-cv-01643 PSG (SHKx) |

|  |  |
|---|---|
| Plaintiff, | [Assigned to the Hon. Phillip S. Gutierrez, Courtroom 6A] |
| vs. | **NOTICE OF SETTLEMENT** |
| BUDGET ELECTRICAL CONTRACTORS, INC. DBA BEC; TURNER CONSTRUCTION COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; FIDELITY AND DEPOSIT COMPANY OF MARYLAND; ZURICH AMERICAN INSURANCE COMPANY; FEDERAL INSURANCE COMPANY; THE CONTINENTAL INSURANCE COMPANY; XL SPECIALTY INSURANCE COMPANY, | Complaint Filed:       8/28/19<br>Discovery cut-off:    1/15/21<br>Pre-trial Conference: 7/2/21<br>Trial Date:            7/27/21 |
| Defendants. |  |

Plaintiff APPLE VALLEY COMMUNICATIONS, INC. ("APPLE VALLEY"), Defendant, Cross-Claimant and Cross-Defendant BUDGET ELECTRICAL CONTRACTORS, INC. DBA BEC ("BEC") and Cross-Claimant and Cross-Defendant UNITED STATES, FOR THE USE AND BENEFIT OF BEC, Defendant, Cross-Claimant and Cross-Defendant TURNER CONSTRUCTION COMPANY, ("TURNER"), and Defendants and Cross-Defendants LIBERTY MUTUAL INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, ZURICH AMERICAN INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, THE CONTINENTAL INSURANCE COMPANY, and

XL SPECIALTY INSURANCE COMPANY (collectively "SURETIES"), collectively hereinafter the "Parties," state as follows:

The Parties have agreed in principle to a settlement of all claims and are in the process of negotiating the terms of a settlement agreement. The Parties anticipate that (1) within seven (7) days of this filing, they will file a notice advising the Court that this matter has been fully and finally settled and (2) within forty-five (45) days of this filing, they will file a stipulation of dismissal with prejudice.

**IT IS SO STIPULATED AND AGREED.**

Dated: June 11, 2021                     Respectfully submitted,

                                          ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: */s/ Anthony P. Niccoli*
Anthony P. Niccoli,
Attorneys for Plaintiff

| | | |
|---|---|---|
| 1 | Dated: June 11, 2021 | APPLE VALLEY COMMUNICATIONS, INC. |
| 2 | | |
| 3 | | SMTD LAW LLP |
| 5 | By: | */s/ Jennifer A. Needs* |
| | | Ali Salamirad |
| 6 | | Jennifer A. Needs |
| 7 | | Attorneys for Defendant/Cross-Claimant/ Cross-Defendant BUDGET ELECTRICAL CONTRACTORS, INC. DBA BEC and Cross-Claimant UNITED STATES, FOR THE USE AND BENEFIT OF BUDGET ELECTRICAL CONTRACTORS, INC., DBA BEC |
| 13 | Dated: June 11, 2021 | PECKAR & ABRAMSON, P.C. |
| 14 | By: | */s/ Alex R. Baghdassarian* |
| | | Alex R. Baghdassarian |
| 15 | | Nathan A. Cohen |
| 16 | | Attorneys for Defendants TURNER CONSTRUCTION COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, ZURICH AMERICAN INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, THE CONTINENTAL INSURANCE COMPANY, and XL SPECIALTY INSURANCE COMPANY |