ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation

Anthony P. Niccoli, State Bar No. 219118
   ANiccoli@aalrr.com
  12800 Center Court Drive South, Suite 300
  Cerritos, California 90703-9364
  Telephone: (562) 653-3200
  Fax: (562) 653-3333
Attorneys for Use Plaintiff APPLE VALLEY COMMUNICATIONS, INC.

SMTD LAW LLP
Ali Salamirad, State Bar No. 209043
    as@smtdlaw.com
Jennifer A. Needs, State Bar No. 261153
    jneeds@smtdlaw.com
17901 Von Karman Avenue, Suite 500
Irvine, California 92614
Telephone: (949) 537-3800
Fax: (949) 537-3822 (f)
Attorneys for BUDGET ELECTRICAL CONTRACTORS, INC. DBA BEC and Cross-Claimant and Cross-Defendant UNITED STATES, FOR THE USE AND BENEFIT OF BUDGET ELECTRICAL CONTRACTORS, INC., DBA BEC

PECKAR & ABRAMSON, P.C.
Alex R. Baghdassarian, State Bar No. 145135
    ABaghdassarian@pecklaw.com
Nathan A. Cohen, State Bar No. 251530
    NCohen@pecklaw.com
801 South Figueroa Street, Suite 950
Los Angeles, CA 90017
Telephone: (310) 228-1075
Fax: (310) 228-1076
Attorneys for TURNER CONSTRUCTION COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, ZURICH AMERICAN INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, THE CONTINENTAL INSURANCE COMPANY, and XL SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES, FOR THE USE OF APPLE VALLEY COMMUNICATIONS, INC., | Case No: 5:19-cv-01643 PSG (SHKx) |

|   |   |
|---|---|
| Plaintiff, | [Assigned to the Hon. Phillip S. Gutierrez, Courtroom 6A] |
| vs. | **NOTICE OF FULL AND FINAL SETTLEMENT** |
| BUDGET ELECTRICAL CONTRACTORS, INC. DBA BEC; TURNER CONSTRUCTION COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; FIDELITY AND DEPOSIT COMPANY OF MARYLAND; ZURICH AMERICAN INSURANCE COMPANY; FEDERAL INSURANCE COMPANY; THE CONTINENTAL INSURANCE COMPANY; XL SPECIALTY INSURANCE COMPANY, | Complaint Filed:     8/28/19<br>Discovery cut-off:   1/15/21<br>Pre-trial Conference: 7/2/21<br>Trial Date:          7/27/21 |
| Defendants. |   |

Plaintiff APPLE VALLEY COMMUNICATIONS, INC. ("APPLE VALLEY"), Defendant, Cross-Claimant and Cross-Defendant BUDGET ELECTRICAL CONTRACTORS, INC. DBA BEC ("BEC") and Cross-Claimant and Cross-Defendant UNITED STATES, FOR THE USE AND BENEFIT OF BEC, Defendant, Cross-Claimant and Cross-Defendant TURNER CONSTRUCTION COMPANY, ("TURNER"), and Defendants and Cross-Defendants LIBERTY MUTUAL INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, ZURICH AMERICAN INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, THE CONTINENTAL INSURANCE COMPANY, and

XL SPECIALTY INSURANCE COMPANY (collectively "SURETIES"), collectively hereinafter the "Parties," state as follows:

The Parties now inform the Court that they have fully and finally settled this matter pursuant to the terms of a fully executed Settlement Agreement, which requires certain further action; and that they anticipate filing, within approximately forty-five (45) days of this filing, a stipulation of dismissal with prejudice.

**IT IS SO STIPULATED AND AGREED.**

Dated: June 14, 2021            Respectfully submitted,

                                ATKINSON, ANDELSON, LOYA,
                                RUUD & ROMO

                        By:     /s/ Anthony P. Niccoli
                                Anthony P. Niccoli,
                                Attorneys for Plaintiff

| | | |
|---|---|---|
| 1 | Dated: June 14, 2021 | APPLE VALLEY COMMUNICATIONS, INC. |
| 2 | | |
| 3 | | SMTD LAW LLP |
| 4 | | |
| 5 | By: | /s/ Jennifer A. Needs |
| | | Ali Salamirad |
| 6 | | Jennifer A. Needs |
| 7 | | Attorneys for Defendant/Cross-Claimant/ Cross-Defendant BUDGET ELECTRICAL CONTRACTORS, INC. DBA BEC and Cross-Claimant UNITED STATES, FOR THE USE AND BENEFIT OF BUDGET ELECTRICAL CONTRACTORS, INC., DBA BEC |
| 12 | Dated: June 14, 2021 | PECKAR & ABRAMSON, P.C. |
| 14 | By: | /s/ Alex R. Baghdassarian |
| | | Alex R. Baghdassarian |
| 15 | | Nathan A. Cohen |
| 16 | | Attorneys for Defendants TURNER CONSTRUCTION COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, ZURICH AMERICAN INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, THE CONTINENTAL INSURANCE COMPANY, and XL SPECIALTY INSURANCE COMPANY |

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized the filing.