Ali Salamirad (SBN 209043)
Marilyn Klinger SBN 83508)
Jennifer A. Needs (SBN 261153)
**SMTD LAW LLP**
17901 Von Karman Avenue, Suite 500
Irvine, California 92614
(949) 537-3800
(949) 537-3822 (f)
as@smtdlaw.com; mklinger@smtdlaw.com;
jneeds@smtdlaw.com

Attorneys for Defendant, Cross-Claimant, and Cross-Defendant BUDGET ELECTRICAL CONTRACTORS, INC. DBA BEC and Cross-Claimant and Cross-Defendant UNITED STATES, FOR THE USE AND BENEFIT OF BUDGET ELECTRICAL CONTRACTORS, INC., DBA BEC

FILED
CLERK, U.S. DISTRICT COURT
AUG - 5 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Case Already closed

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES, FOR THE USE OF APPLE VALLEY COMMUNICATIONS, INC., <br><br>Plaintiff, <br><br>v. <br><br>BUDGET ELECTRICAL CONTRACTORS, INC. DBA BEC; TURNER CONSTRUCTION COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; FIDELITY AND DEPOSIT COMPANY OF MARYLAND; ZURICH AMERICAN INSURANCE COMPANY; FEDERAL INSURANCE COMPANY; THE CONTINENTAL INSURANCE COMPANY; XL SPECIALTY INSURANCE COMPANY, <br><br>Defendants. <br><br>AND RELATED CROSS-CLAIMS. | Case No. 5:19-cv-01643-PSG-SHK <br><br>Assigned to: <br>The Honorable Philip S. Gutierrez <br>Courtroom 6A <br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** <br><br>Action filed: August 28, 2019 <br>Trial Date: None (vacated) |

SMTD LAW LLP
A LIMITED LIABILITY PARTNERSHIP

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

   The parties to this action, acting through counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of the entirety of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorneys' fees and costs in this action.

Dated:   August 3, 2021                    **SMTD LAW LLP**

                                           By: */s/ Jennifer A. Needs*
                                           Ali Salamirad
                                           Marilyn Klinger
                                           Jennifer A. Needs
                                           Attorneys for Defendant, Cross-Claimant, and Cross-Defendant BUDGET ELECTRICAL CONTRACTORS, INC. DBA BEC and Cross-Claimant and Cross-Defendant UNITED STATES, FOR THE USE AND BENEFIT OF BUDGET ELECTRICAL CONTRACTORS, INC., DBA BEC

Dated:   August 3, 2021                    **ATKINSON ANDELSON LOYA RUUD AND ROMO APC**

                                           By: */s/ Anthony P. Niccoli*
                                           Anthony Paul Niccoli
                                           Attorneys for Plaintiff
                                           APPLE VALLEY COMMUNICATIONS, INC.

/ / /
/ / /
/ / /
/ / /
/ / /

| | | |
|---|---|---|
| 1 | Dated: August 3, 2021 | **PECKAR AND ABRAMSON PC** |
| 2 | | By: /s/ *Alex R. Baghdassarian* |
| 3 | | Alex R. Baghdassarian |
| | | Nathan Adam Cohen |
| 4 | | Sewar K. Sunnaa |
| 5 | | Attorneys for Defendants |
| | | TURNER CONSTRUCTION |
| 6 | | COMPANY; LIBERTY MUTUAL |
| 7 | | INSURANCE COMPANY; |
| | | TRAVELERS CASUALTY AND |
| 8 | | SURETY COMPANY OF |
| 9 | | AMERICA; FIDELITY AND |
| | | DEPOSIT COMPANY OF |
| 10 | | MARYLAND; ZURICH AMERICAN |
| 11 | | INSURANCE COMPANY; |
| | | FEDERAL INSURANCE |
| 12 | | COMPANY; THE CONTINENTAL |
| 13 | | INSURANCE COMPANY; AND XL |
| | | SPECIALTY INSURANCE |
| 14 | | COMPANY |

Dated: August 3, 2021    **BRADLEY ARANT BOULT CUMMINGS LLP**

By: /s/ *Eric A. Frechtel*
Robert J. Symon
Eric A. Frechtel
Attorneys Pro Hac Vice for Defendant
TURNER CONSTRUCTION COMPANY

The signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized the filing.

/ / /

/ / /

SMTD LAW LLP
A LIMITED LIABILITY
PARTNERSHIP

- 3 -

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: 8/5/21

                                    Hon. Philip S. Gutierrez
                                    United States District Court

## PROOF OF ELECTRONIC SERVICE

*Apple Valley Communications, Inc. v. Budget Electrical Contractors, Inc., et al.*
United States District Court - Central District of California
Case No.: 5:19-cv-01643-PSG-SHK

I am a citizen of the United States of America, over the age of eighteen years, and not a party to the within action. My business address is: SMTD Law LLP, 17901 Von Karman Avenue, Suite 500, Irvine, California 92614.

On **August 3, 2021**, I served the within document, **JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**, on the interested party(s), listed below, as follows:

☑ **ELECTRONIC.** - by electronically transmitting a copy of the document(s) listed above to the electronic notification address(es) of the addressee(s) listed below.

☐ **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** – Pursuant to controlling General Orders, the foregoing document will be served by the Court via NEF and hyperlink to the document.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **August 3, 2021**, at Irvine, California.

*/s/ Rebekah Baptiste*
Rebekah Baptiste

# SERVICE LIST

*Apple Valley Communications, Inc. v. Budget Electrical Contractors, Inc., et al.*
United States District Court - Central District of California
Case No.: 5:19-cv-01643-PSG-SHK

| | |
|---|---|
| Anthony Paul Niccoli<br>**ATKINSON ANDELSON LOYA RUUD AND ROMO APC**<br>12800 Center Court Drive South Suite 300<br>Cerritos, CA 90703-9364<br>T: (562) 653-3200<br>F: (562) 653-3333<br>E: aniccoli@aalrr.com | *Attorneys for Plaintiff*<br>*APPLE VALLEY*<br>*COMMUNICATIONS, INC.* |
| Alex R. Baghdassarian<br>Nathan Adam Cohen<br>Sewar K. Sunnaa<br>**PECKAR AND ABRAMSON PC**<br>801 South Figueroa Street Suite 950<br>Los Angeles, CA 90017<br>T: (310) 228-1075<br>F: (310) 228-1076<br>E: abaghdassarian@pecklaw.com;<br>   ncohen@pecklaw.com;<br>   ssunnaa@pecklaw.com | *Attorneys for Defendants*<br>*TURNER CONSTRUCTION COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; FIDELITY AND DEPOSIT COMPANY OF MARYLAND; ZURICH AMERICAN INSURANCE COMPANY; FEDERAL INSURANCE COMPANY; THE CONTINENTAL INSURANCE COMPANY; AND XL SPECIALTY INSURANCE COMPANY* |

SMTD Law LLP
A Limited Liability Partnership

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | Robert J. Symon | *Attorneys Pro Hac Vice* |
| | Eric A. Frechtel | *for Defendant* |
| 2 | **BRADLEY ARANT BOULT** | *TURNER CONSTRUCTION* |
| 3 | **CUMMINGS LLP** | *COMPANY* |
| | 1615 L Street, NW, Suite 1350 | |
| 4 | Washington, DC 20036 | |
| 5 | T: (202) 719-8294 | |
| | F: (202)719-8394 | |
| 6 | E: rsymon@bradley.com | |
| 7 | efrechtel@bradley.com | |